# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3146
Lower Tribunal No. 22-DR-142

_____

LILLY J. CULVER,

Appellant,

v.

LEONARD R. LEWIS,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Torea Spohr, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


Eliza Hope, of Eliza Hope, P.A., Daytona Beach, for Appellant.

Christina Diaz, of Cordell Law, LLP, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED